IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Criminal No. 3:09-cr-69-06 |
| Plaintiff, | ) | |
| | ) | **MOTION TO DISMISS CASE** |
| v. | ) | |
| | ) | |
| TAMMY LYNN HEID, | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the United States of America, by Timothy Q. Purdon, United States Attorney for the District of North Dakota, and Christopher C. Myers, Assistant United States Attorney, hereby moves to dismiss the Indictment against defendant, Tammy Lynn Heid. The United States respectfully requests leave of Court to file said dismissal, based upon the defendant serving nearly all of the prison time imposed by this Court prior to the Eighth Circuit Court of Appeals recently vacating her guilty plea; the defendant's poor health and the overall circumstances of this case.

Dated October 11, 2011.

TIMOTHY Q. PURDON
United States Attorney

By:   /s/ Christopher C. Myers
CHRISTOPHER C. MYERS
Assistant United States Attorney
Quentin N. Burdick United States Courthouse
655 First Avenue North - Suite 250
Fargo, ND  58102-4932
(701) 297-7400
N.D. Bar Board ID No. 05317
Attorney for United States

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Criminal No. 3:09-cr-69-06 |
| Plaintiff, | ) | |
| | ) | <u>CERTIFICATE OF SERVICE</u> |
| v. | ) | |
| | ) | |
| TAMARA LYNN HEID, | ) | |
| | ) | |
| Defendant. | ) | |

I hereby certify that on October 12, 2011, the following document:

**MOTION TO DISMISS CASE**

was filed electronically with the Clerk of Court through ECF, and that ECF will send a Notice of Electronic Filing (NEF) to the following:

  **Dan L. Herbel**
     herbellawfirm@yahoo.com

Dated: October 12, 2011.            <u>s/Lori E. Daly</u>
                                                  LORI E. DALY
                                                  Office of United States Attorney