# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# SOUTHEASTERN DIVISION

| | |
|---|---|
| United States of America, ) | |
|               Plaintiff, ) | |
| vs. ) | Case No. 3:09-cr-69-6 |
| Tamara Lynn Heid, ) | **ORDER DISMISSING INDICTMENT** |
|               Defendant. ) | |

Before the Court is the government's Rule 48(a) motion to dismiss the indictment. For good cause shown, the motion is **GRANTED**. The indictment against Tamara Lynn Heid is **DISMISSED** with prejudice.

**IT IS SO ORDERED.**

Dated this 13th day of October, 2011.

                                                    /s/ *Patrick A. Conmy*
                                                    Patrick A. Conmy, Senior District Judge
                                                          United States District Court