## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA
## SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 3:09-cr-69-6 |
| | ) | |
| Tamara Lynn Heid, | ) | |
| a/k/a Tammy Lynn Heid, | ) | **ORDER AMENDING CAPTION** |
| | ) | |
| Defendant. | ) | |

Before the Court is the defendant's pro se motion to amend/correct the case caption filed on June 11, 2012. The government did not respond to the motion. The motion is far from timely given the case was opened on September 24, 2009, and dismissed on with prejudice on October 13, 2011. Nevertheless, the Court will consider the motion.

The defendant, Tamara Lynn Heid, asks the case caption be changed to reflect her legal name she which claims is Tammy Lynn Heid. In her motion she states she has attached a copy of her birth certificate. However, no birth certificate was attached to the motion. The Court notes her attorney captioned a number of documents with the name Tammy rather than Tamara and the defendant signed a number of filings as Tammy Lynn Heid. The PSR also demonstrate useage of the name Tammy rather than Tamara.

The Court sees no harm in amending the case caption to reflect that the defendant is also known as Tammy Lynn Heid. However, the Court cannot change every document filed in the case to reflect this change or make any order directing the BOP and associated vendors to change their records.

1

Accordingly, the motion is **GRANTED**. The Clerk will change the case caption to reflect the defendant is also known as Tammy Lynn Heid.

**IT IS SO ORDERED.**

Dated this 19th day of July, 2012.

                                        /s/ *Patrick A. Conmy*
                                        Patrick A. Conmy, Senior District Judge
                                        United States District Court